UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-120-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| RUDOLPH D. DAVIS | |

On motion of the Defendant, Rudolph D. Davis, and for good cause shown, it is hereby ORDERED that the **[DE 38]** be sealed until further notice by this Court.

SO ORDERED. This 7 day of April 2018.

JAMES C. DEVER III
Chief United States District Judge